IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD VERDUCCI,

    Plaintiff,

v.

TEAMSTERS BENEFIT TRUST,

    Defendant.

No. C 12-03189 JSW

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On June 19, 2012, Plaintiff James Edward Verducci filed a complaint and an application to proceed *in forma pauperis* in the above-captioned case. The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Upon review of Plaintiff's application, the Court is satisfied that Plaintiff has demonstrated his inability to pay; accordingly, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons.

IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, and this Order upon all Defendants.

**IT IS SO ORDERED.**

Dated: September 6, 2012

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD VERDUCCI,

    Plaintiff,

  v.

TEAMSTERS BENEFIT TRUST et al,

    Defendant.
                                  /

Case Number: CV12-03189 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Verducci
P.O. Box 445
Middletown, CA 95461

Dated: September 6, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk