IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD VERDUCCI,

    Plaintiff,      No. C 12-03189 JSW

  v.

TEAMSTERS BENEFIT TRUST,      **ORDER RETRACTING ORDER OF REFERRAL TO MAGISTRATE JUDGE**

    Defendant.

    On the basis of the mistaken consent to proceed before a Magistrate Judge filed by Defendant, this matter was referred to a randomly assigned Magistrate Judge for all purposes. However, upon the Defendant's filing of a retraction, this Court similarly must retract the referral. The case shall remain before the undersigned.

    **IT IS SO ORDERED.**

Dated: November 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD VERDUCCI,

    Plaintiff,

  v.

TEAMSTERS BENEFIT TRUST et al,

    Defendant.

Case Number: CV12-03189 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Verducci
P.O. Box 445
Middletown, CA 95461

Dated: November 9, 2012

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk