**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD VERDUCCI,<br><br>    Plaintiff,<br><br>  v.<br><br>TEAMSTERS BENEFIT TRUST,<br><br>    Defendant.<br>_____ / | No. C 12-03189 JSW<br><br>**ORDER RETRACTING ORDER OF REFERRAL TO MAGISTRATE JUDGE** |

    On the basis of the mistaken consent to proceed before a Magistrate Judge filed by Defendant, this matter was referred to a randomly assigned Magistrate Judge for all purposes. However, upon the Defendant's filing of a retraction, this Court similarly must retract the referral. The case shall remain before the undersigned.

    **IT IS SO ORDERED.**

Dated: November 9, 2012

                                                                                   JEFFREY S. WHITE
                                                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD VERDUCCI, | Case Number: CV12-03189 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TEAMSTERS BENEFIT TRUST et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Verducci
P.O. Box 445
Middletown, CA 95461

Dated: November 9, 2012

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk