TEAGUE P. PATERSON, SBN 226659
VISHTASP M. SOROUSHIA, SBN 278895
**BEESON, TAYER & BODINE, APC**
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: vsoroushian@beesontayer.com

Attorneys for Defendant
Teamsters Benefit Trust

JAMES EDWARD VERDUCCI
Plaintiff *in propia persona*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AT SAN FRANCISCO

| | |
|---|---|
| JAMES EDWARD VERDUCCI,<br><br>Plaintiff,<br><br>v.<br><br>TEAMSTERS BENEFIT TRUST,<br><br>Defendant. | Case No. 12-CV-3189 JSW<br><br>[PROPOSED] SCHEDULING ORDER |

The Court issues the following scheduling order.

IT IS ORDERED THAT:

1. Defendant Teamsters Benefit Trust designate the administrative record by January 25, 2013.

2. All motions or cross-motions for summary judgment or adjudication be filed with the Court by May 10, 2013. The hearing on dispositive motions is set for June 14, 2013 at 9:00 a.m.

3. The parties appear for trial on September 23, 2013, at 8:00 A.M. in Department 11. The pretrial conference is set for September 3, 2013 at 2:00 p.m.

Signed this 14 day of November, 2012.

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE