1    TEAGUE P. PATERSON, SBN 226659
     VISHTASP M. SOROUSHIA, SBN 278895
2    **BEESON, TAYER & BODINE, APC**
     483 Ninth Street, 2nd Floor
3    Oakland, CA 94607-4051
     Telephone:    (510) 625-9700
4    Facsimile:    (510) 625-8275
     Email:        vsoroushian@beesontayer.com
5
     Attorneys for Defendant
6    Teamsters Benefit Trust

7    JAMES EDWARD VERDUCCI
     Plaintiff *in propia persona*
8

9                    **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                        **AT SAN FRANCISCO**

12   JAMES EDWARD VERDUCCI,              Case No. 12-CV-3189 JSW

13                        Plaintiff,     ~~[PROPOSED]~~ **SCHEDULING ORDER**

14        v.

15   TEAMSTERS BENEFIT TRUST,

16                        Defendant.

17

18        The Court issues the following scheduling order.

19        IT IS ORDERED THAT:

20        1.      Defendant Teamsters Benefit Trust designate the administrative record by January 25,

21   2013.

22        2.      All motions or cross-motions for summary judgment or adjudication be filed with the

23   Court by May 10, 2013. The hearing on dispositive motions is set for June 14, 2013 at 9:00 a.m.

24        3.      The parties appear for trial on September 23, 2013, at 8:00 ~~9:00~~ A.M. in Department 11.
     The pretrial conference is set for September 3, 2013 at 2:00 p.m.

25

26        Signed this 14 day of November, 2012.

27                                          *Jeffrey S White*

28                                  THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE

                                                                                    1